UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Roosevelt Dewayne Rogers,

        Plaintiff,

v.

Hennepin County Adult Detention Center,

        Defendant.

Civil No. 16-cv-1981 (SRN/HB)

**ORDER ON REPORT
AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. This action is **SUMMARILY DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. § 1915(e)(2)(B)(ii).

3. Plaintiff Roosevelt Dewayne Rogers's applications to proceed *in forma pauperis* [Doc Nos. 2 and 6] is **DENIED**.

4. Rogers's motion to amend complaint [Doc. No. 4] is **DENIED AS MOOT**.

5. The Clerk of Court shall provide notice of Rogers's obligation to pay the unpaid balance of the statutory filing fee to the authorities at the institution

where Rogers is confined.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  September 27, 2016            s/Susan Richard Nelson
                                       SUSAN RICHARD NELSON
                                       United States District Judge